ISP ENVIRONMENTAL SERVICES, INC., Appellant

v.

The CITY OF LINDEN; John T. Gregorio, individually and in his capacity as Mayor of the City of Linden; The Council of the City of Linden; The Union County Improvement Authority; The Morris Companies; Morris Linden Associates, LLC; Joseph D. Morris, individually and in his capacity as a principal of the Morris Companies and Morris Linden Associates, LLC.

No. 07–2464.

United States Court of Appeals, Third Circuit.

Argued July 22, 2008.

Filed: Aug. 14, 2008.

Barry H. Evenchick, Esq., Steven D. Grossman, Esq., Justin P. Walder, Esq., Walder, Hayden & Brogan, Roseland, NJ, Mark A. Belnick, Esq. [Argued], Law Offices of Mark Belnick, New York, NY, for Appellant ISP Environmental Services, Inc.

Benjamin Clarke, Esq. [Argued], Alexander Hemsley, III, Esq., DeCotiis, Fitzpatrick, Cole & Wisler, Teaneck, NJ, for Appellees City of Linden, John T. Gregorio, Linden City Council and The Union County Improvement Authority.

Brian J. Molloy, Esq. [Argued], Wilentz, Goldman & Spitzer, Woodbridge, NJ, for Appellees Morris Companies, Morris Linden Associates, LLC and Joseph D. Morris.

Before: McKEE, FUENTES and JORDAN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

ISP Environmental Services, Inc. appeals the district court's dismissal of its seven-count Amended Complaint against the City of Linden, New Jersey and others. We have considered the various arguments of the parties, and conclude that the district court was correct in its determination that ISP's Amended Complaint fails to state a federal cause of action that is ripe for adjudication. Accordingly, we

will affirm the judgment of the district court.